# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 789 - 1 | **DATE** | 11/30/2007 |
| **CASE TITLE** | USA vs. David P. Estrada | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant David P. Estrada appears in response to arrest on 11/30/07. Defendant informed of his rights. Enter order appointing Matthew Madden from the Federal Defender Program as counsel for defendant for initial appearance only. Detention hearing and preliminary examination to be held on 12/5/07 at 1:15 pm. Defendant to remain in custody until further order of the Court.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|