MHW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

FILED
12-5-2007
DEC 5 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                        Case 07 CR 789

United States
    v-
David Estrada &
Steven Rangel

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

David Estrada
Timothy P. O'Connor

FDP

| SIGNATURE | s/ [signature] |
|---|---|
| FIRM | Meyer & O'Connor, LLC |
| STREET ADDRESS | Suite 2210, 20 S. Clark |
| CITY/STATE/ZIP | Chicago IL 60603 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6201721 | 312-346-9000 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?         YES ✓   NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?        YES ☐   NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?          YES ✓   NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ✓   NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ✓