*HHN*

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 789 - 1 | **DATE** | 12/7/2007 |
| **CASE TITLE** | USA vs. David P Estrada | | |

**DOCKET ENTRY TEXT**

Enter order.

■ [ For further detail see separate order(s).]                    Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|