UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE GRADY

MAGISTRATE JUDGE COLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 07 CR 789 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID ESTRADA and | ) | Violations: Title 21, United States Code, |
| STEVEN RANGEL | ) | Sections 841(a)(1) and 846 |
| | ) | |

FILED
J.N DEC 18 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COUNT ONE

The SPECIAL AUGUST 2006-1 GRAND JURY charges:

Beginning in or about October, 2007, and continuing until at least on or about November 28, 2007, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

DAVID ESTRADA and
STEVEN RANGEL,

defendants herein, did conspire with each other and with others known and unknown to the Grand Jury, knowingly and intentionally to possess with intent to distribute and to distribute in excess of 500 grams of mixtures and substances containing cocaine, a Schedule II Narcotic Drug Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1);

In violation of Title 21, United States Code, Section 846.

1

## COUNT TWO

The SPECIAL AUGUST 2006-1 GRAND JURY further charges:

On or about November 6, 2007, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

> DAVID ESTRADA and
> STEVEN RANGEL,

defendants herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, mixtures and substances containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## **COUNT THREE**

The SPECIAL AUGUST 2006-1 GRAND JURY further charges:

On or about November 28, 2007, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

DAVID ESTRADA and
STEVEN RANGEL,

defendants herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, mixtures and substances containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

The SPECIAL AUGUST 2006-1 GRAND JURY further charges:

On or about November 28, 2007, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

STEVEN RANGEL,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, mixtures and substances containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY