## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John F. Grady | **Sitting Judge if Other than Assigned Judge** | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 789 - 1,2 | **DATE** | 12/21/2007 |
| **CASE TITLE** | USA vs. David P. Eastrada and Steven R. Rangel | | |

**DOCKET ENTRY TEXT**

Arraignment and detention hearing is set for 12/27/07 at 10:30 a.m. before Magistrate Judge Cole.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|