## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John F. Grady | **Sitting Judge if Other than Assigned Judge** | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 789 - 1 | **DATE** | 12/27/2007 |
| **CASE TITLE** | USA vs. David P Estrada (1) | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant waives formal reading of the Indictment and enters a plea of not guilty to all counts. Oral motion of the defendant for a continuance on the detention hearing until 1/7/08 at 9:15 a.m. is granted. Defendant ordered detained and bound to the District Court for further proceedings. Rule 16.1(a) conference to be held by or on 1/9/08; Pretrial motions to be filed by 1/30/08; Responses due by 2/13/08; Reply due 2/20/08. Status hearing before Judge Grady is set for 1/30/08 at 9:30 a.m. Enter excludable time from 12/27/07 to and including 1/30/08 pursuant to 18 USC §3161(h)(8)(A)(B). (X-T)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | CDH |
|---|---|---|