## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 789 - 1 | **DATE** | 1/4/2008 |
| **CASE TITLE** | USA vs. David P. Estrada | | |

**DOCKET ENTRY TEXT**

At the request of Defense Counsel the detention hearing set for 1/7/08 is cancelled, without prejudice. The Plaintiff has no objection to this motion.

Notified counsel by telephone.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|