## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John F. Grady | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 789 - all | **DATE** | 1/30/2008 |
| **CASE TITLE** | USA vs. David Estrada and Steven Rangel | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 3/5/08 at 9:30 a.m. as to both defendants. Pretrial motions due on or before 2/27/08. Time continues to be excluded pursuant to 18:3161(h)(1)(F) for the handling of defense motions until 03/05/08. (X-E)

Docketing to mail notices.

00:5

| | Courtroom Deputy Initials: | JD |
|---|---|---|