**Exhibit A**
**DEA Report Re Arrest Of Steven Rangel**

U.S. Department of Justice
Drug Enforcement Administration

## REPORT OF INVESTIGATION

Page 1 of 5

| 1. Program Code HID100 | 2. Cross File | Related Files | 3. File No. I1-08-0024 | 4. G-DEP Identifier XGC1L |
|---|---|---|---|---|
| 5. By: TFO David P Bird  At: Chicago, Illinois  Group 41 | | | 6. File Title ESTRADA, David | |
| 7. ☐ Closed ☐ Requested Action Completed  ☐ Action Requested By: | | | 8. Date Prepared 11/29/07 | |

9. Other Officers: TFO Sgt G Caldweron, GS D Vargas, SA J Williams, SA T Evans, TFO K Mok TFO R Briones, TFO C Swistowicz, CPD Sgt M Roman.

10. Report Re: Arrest of Steven RANGEL, Acquistion of Exhibit-3 and N-11 to N-12, post arrest statements of Steven RANGEL

### SYNOPSIS

1. On November 28, 2007 **Steven RANGEL** was arrested along with **David ESTRADA** after ESTRADA delivered **Exhibit #2**, approximately ½ kilo (508 grams) of cocaine to TFO Parker who was acting in a undercover capacity. After the arrest of RANGEL, TFO'S recovered **Exhibit #3** approximately 4 ounces (211 grams) of cocaine from **RANGEL'S** residence located at **3012 S Trumbull, Chicago, Illinois**.

### DETAILS

2. Reference is made to DEA 6, under this file title and number, by TFO Mike Parker, dated November 28, 2007 acquisition of Exhibit #2.

3. At approximately 7:00pm at 3340 W Fillmore, Chicago, Illinois (Chicago Police NAGIS Unit) **Steven RANGEL** was processed for arrest. TFO Bird then conducted a debriefing with **RANGEL** regarding his arrest. SA Williams advised **RANGEL** of his rights by reading the preprinted advised rights form to **RANGEL**. **RANGEL** was then handed the Advised of Rights form, which he was asked to read. **RANGEL** was then asked if he understood his rights (what he was reading). **RANGEL** replied "yes" and then initialed each line and signed the advised rights form.

4. This is a summary of the interview with **Steven RANGEL**.

5. **Steven RANGEL** stated that he is 26 years old, born on June 08 1979 and that he resides at 3012 S Trumbull Chicago, Illinois. **RANGEL**

| 11. Distribution: Division  District  Other | 12. Signature (Agent)  TFO David P Bird | 13. Date 12-03-2007 |
|---|---|---|
| | 14. Approved (Name and Title) Dave Vargas Group Supervisor | 15. Date |

DEA Form - 6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION
*(Continuation)*

| 1. File No. | 2. G-DEP Identifier |
|---|---|
| I1-08-0024 | XGC1L |

3. File Title  ESTRADA, David

4. Page 2 of 5

5. Program Code: HID100

6. Date Prepared: 11/29/07

stated that he is a member of the **LATIN KING Street gang** from 25 and Spaulding.

6. **RANGEL** then stated that the cocaine **(Exhibit #2)** that R/O'S had recovered from **David ESTRADA** was his. **RANGEL** said that he was approached by **ESTRADA** approximately 3 days ago about getting a ½ kilo to sell to a black guy. **RANGEL** further related that **David ESTRADA** is his brother.

7. **RANGEL** related that he called a fellow **Latin King Gang** member named "**BETO**" that he knows as "**BABY 31**". **RANGEL** related that he had purchased cocaine several times (approximately 5 times) before from **BETO**. **RANGEL** related that **BETO** gets his cocaine from a **Latin King Gang** members know as "**PUPPET**" who **RANGEL** identified as **Francisco RODRIGUEZ IR#1203143**. **RANGEL** related that on Monday November 26, 2007, he went with **BETO** to pick up a kilo of cocaine from **RODRIGUEZ**. **RANGEL** related that he drove to the area of 68th-69th and Pulaski/Komensky and dropped **BETO** off in the alley. **RANGEL** then drove around and parked in front of the residence, which he stated that he could identify. Several minutes later **BETO** exited the gangway and got into the car. **BETO** then showed him two freezer bags each containing chucks of cocaine. **RANGEL** related that each time he drove **BETO** to the house, **BETO** exited with cocaine. He again related that he had done this at least 5 times.

8. **RANGEL** then related that he dropped **BETO** off in the area of 26th and Sawyer, Chicago, Illinois and that **BETO** gave him one of the freezer bags of cocaine to sell to the black guy. **RANGEL** related that after the sale of the ½ kilo of cocaine, he was to meet up with **BETO** and give him $10,200.00 USC for the ½ kilo. **RANGEL** related that he was going to make $300.00 USC on the deal.

9. **RANGEL** then offered to make a call to **BETO** to order up the other half kilo of cocaine, but he needed to make the call soon. **RANGEL** then attempted to call **BETO'S** cell phones, **1-708-743-8208**, and **1-773-828-1949** several times but was unsuccessful.

---

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION<br>(Continuation) | 1. File No.<br>I1-08-0024 | 2. G-DEP Identifier<br>XGC1L |
|---|---|---|
| | 3. File Title  ESTRADA, David | |

| 4.<br>Page 3 of 5 | |
|---|---|
| 5. Program Code<br>HID100 | 6. Date Prepared<br>11/29/07 |

10. RANGEL was then confronted with allegations that he had additional narcotics (cocaine) at his residence 3012 S Trumbull, Chicago, Illinois. RANGEL then admitted that he had an additional 8 ounces of cocaine in his residence. RANGEL then signed a consent to search form and told officers where the cocaine was.

11. GS Dave Vargas, SA Justin Williams, SA Tom Evans, TFO Ruben Briones, and TFO Craig Swistowicz then relocated to 3012 S Trumbull where GS Williams recovered approximately 4 ounces of cocaine from a white bag with green writing that was recovered from a garbage bag in the back room.

12. RANGEL also provided information regarding the Latin King Street gang which was documented on a CPD information report and a Homicide that occurred on May 15 2007, reported under Chicago RD HN-343484. Area 1 Violent Crimes Unit notified. Detective Tom Vovos and Detective John Murray A1/VC arrived and interviewed RANGAL regarding Homicide information.

## CUSTODY OF DRUG EVIDENCE

1. **Exhibit #3** consists of four (4) clear knotted plastic baggies all containing a chunky/white powdery substance suspect cocaine. SA Justin Williams seized **Exhibit #3** from the residence at 3012 S. Trumbull (basement), Chicago, Illinois on 11-29-2007. SA Justin Williams maintained complete care, control and custody of **Exhibit #3** until he processed **Exhibit #3**, as witnessed by SA Thomas Evans. On 11-29-07, SA Justin Williams delivered **Exhibit #3** to the DEA North Central Laboratory for analysis and safekeeping.

## CUSTODY OF NON DRUG EVIDENCE

2. **Exhibit N-11**, acquired on 11-28-07, is consent to search form signed by Brenda GUERRA for the address of 3012 S. Trumbull Ave, Chicago, IL as witnessed by TFO Sgt. G. Calderon. Custody of **Exhibit N-12** was

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

07 CR 789

23

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. I1-08-0024 | 2. G-DEP Identifier XGC1L |
|---|---|---|
| | 3. File Title ESTRADA, David | |
| 4. Page 4 of 5 | | |
| 5. Program Code HID1OO | 6. Date Prepared 11/29/07 | |

relinquished to TFO M. Parker until processed and transferred to the non-drug custodian for safe-keeping.

3. **Exhibit N-12**, acquired on 11-28-07, is consent to search form signed by Steven RANGEL for the address of 3012 S. Trumbull Ave, Chicago, IL as witnessed by TFO Sgt. G. Calderon. Custody of **Exhibit N-12** was relinquished to TFO M. Parker until processed and transferred to the non-drug custodian for safe-keeping.

## INDEXING

1. ESTRADA, David - NADDIS - **Negative**.
   Described as a male Hispanic 36 years old, DOB:12-25-71,6'03,375lbs, black hair, brown eyes, SS# 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, Address:2223 S. Albany, Chicago, Illinois, Tattoo: lower left arm cross and heart, upper left arm crown with a 2 and 5 in roman numerals, IR#856600, FBI# 524 997 VA5, SID# 33468180, IDOC# B56070, Alias: David MIRELES, Gang Affiliation: Latin Kings. Arrested for delivery of ½ kilo of Cocaine to UC TFO Mike Parker.

2. **RANGEL, Steven** - [redacted]
   Described as a male Hispanic, 28 years old, DOB:06-08-1979,5'06, 140lbs, black hair, brown eyes, SS#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, Address 3012 S Trumbell, Basement Apartment, Chicago, Illinois, Tattoos: Left chest picture of Jesus, Left eye tear drop, IR#1224567, FB1# 946896FB0, SID# IL40542240, Illinois Drivers license R524-7967-163. Admitted member of Latin King street gang, Brother of **David ESTRADA**. Arrested with David ESTRADA for delivery of ½ kilo of Cocaine to UC TFO Mike Parker.

3. RODRIGUEZ, Francisco - NADDIS - **Negative**.
   Described as a male Hispanic, 27 years old DOB: 05-22-1980, 5'07,165lbs, black hair, brown eyes, SS# unknown, Address 14426 S Kildare Ave, Midlothian, Illinois, Tattoos: on back a crown with letters "L" and "K". IR# 1203143, FBI# 958954EBO, SID# 39352360.

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION
*(Continuation)*

| 1. File No. | 2. G-DEP Identifier |
|---|---|
| I1-08-0024 | XGC1L |

3. File Title  ESTRADA, David

4. Page 5 of 5

5. Program Code
HID100

6. Date Prepared
11/29/07

Admitted member of Latin King Street gang. Believed to be in possession of two cell phones, 1-708-743-8208, and 1-773-828-1949

DEA Form - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.