UNITED STATES DISTRICT COURTPRIVATE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  07 CR 789 |
| | ) | |
| DAVID ESTRADA   , | ) | Judge John Grady |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:

AUSA Michael Ferrara                     Matthew J. Madden
United States Attorney's Office          28th Floor
219 S. Dearborn St.                      55 East Monroe
Chicago IL 60604                         Chicago IL 60603


    PLEASE TAKE NOTICE THAT on Wednesday, March 5, 2008 at 9:30am, I shall appear before the Honorable John F. Grady in Courtroom 2201 of the United states Courthouse at 219 Dearborn Street, Chicago IL 60604 and then and there present DEFENDANT DAVID ESTRADA'S AGREED MOTION FOR SEVERANCE, a copy of which is attached hereto and hereby served upon you.

Date: February 27, 2008                          Respectfully submitted,

                                                                                           DAVID P. ESTRADA

                                                               By: s/ Timothy P. O'Connor
                                                                    One Of His Attorneys


Timothy P. O'Connor
Suite 2210
MEYER & O'CONNOR, LLC
20 South Clark Street
Chicago, IL  60603
312-346-9000

CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused a copy of the foregoing NOTICE OF MOTION to be served upon

AUSA Michael Ferrara
United States Attorney's Office
219 S. Dearborn St.
Chicago, IL 60604

Matthew J. Madden
28th Floor
55 East Monroe
Chicago IL 60603

by electronic service and first class mail on this 27th day of February, 2008.

s/Timothy P. O'Connor