**Exhibit A**
**November 19, 2007 DEA Report**

U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION

Page 1 of 2

| 1. Program Code<br>HID100 | 2. Cross File ☒ | Related Files | 3. File No.<br>I1-08-0024 | 4. G-DEP Identifier<br>XGC1L |
|---|---|---|---|---|
| 5. By: TFO David P Bird<br>   At Chicago, Illinois<br>      Group 41 | ☐<br>☐<br>☐<br>☐ | | 6. File Title ESTRADA, David | |
| 7. ☐ Closed  ☐ Requested Action Completed<br>   ☐ Action Requested By: | | | 8. Date Prepared<br>11/19/07 | |

9. Other Officers: TFO Sgt Gil Calderon

10. Report Re: Case Initiation

## BASIS OF INVESTIGATION

1. On 10-09-2007, TFO Mike Parker and TFO Sgt Gil Calderon met with ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ who provided information on David ESTRADA AKA "TINY" a high ranking member of the "Latin King" street. The CS informed TFO Parker and TFO Sgt Calderon that ESTRADA was selling cocaine in the vicinity of 23-26th and Kedzie.

2. TFO Parker showed the CS a photo of David ESTRADA After seeing the photo the CS identified ESTRADA as the person he knows as "TINY".

3. The CS then placed a direct connect phone call (183*715*2318) to "TINY" at which time TFO Parker acting in a undercover capacity agreed to purchase 4 ½ ounces of Crack Cocaine for $3000.00.

## TARGETS OF INVESTIGATION

1. In addition to ESTRADA, ESTRADA Source of Supply and any additional co-conspirators will be targeted. Any assets identified during the course of this investigation will be subject to seizure.

## TELEPHONE INDEXING

1. Direct connect 183*715*2318 - NADDIS - Negative
   Per CS, telephone belonging to David ESTRADA

| 11. Distribution:<br>   Division<br>   District<br>   Other | 12. Signature (Agent)<br>TFO David P Bird | 13. Date<br>11/19/07 |
|---|---|---|
| | 14. Approved (Name and Title)<br>GS Dave Vargas<br>Group Supervisor | 15. Date<br>11/19/07 |

DEA Form   - 6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

07 CR 789

1

U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION
*(Continuation)*

| 1. File No. | 2. G-DEP Identifier |
|---|---|
| I1-08-0024 | XGC1L |

3. File Title ESTRADA, David

4. Page 2 of 2

5. Program Code: HID100

6. Date Prepared: 11/19/07

## INDEXING

1. ESTRADA, David - NADDIS - Negative.
   Described as a male Hispanic 36 years old, DOB:12-25-71, 6'03, 375lbs, black hair, brown eyes, SS# 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, Address:2223 S. Albany, Chicago, Illinois, Tattoo: lower left arm cross and heart, upper left arm crown with a 2 and 5 in roman numerals, IR#856600, FBI# 524 997 VA5, SID# 33468180, IDOC# B56070, Alias: David MIRELES, Gang Affiliation: Latin Kings.

Approved by:

David F. Lorino, ASAC Chicago Field Division

DEA Form - 6a
(Jul. 1996)

DEA SENSITIVE
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.