**Exhibit B**
**October 16, 2007 DEA Report**

U.S. Department of Justice
Drug Enforcement Administration

# REPORT OF INVESTIGATION

Page 1 of 2

| 1. Program Code HID100 | 2. Cross File  Related Files ☒ ▬▬▬ | 3. File No. I1-08-0024 | 4. G-DEP Identifier XGC1L |
|---|---|---|---|
| 5. By: TFO MICHAEL PARKER  At: CHICAGO  GROUP 41 | | 6. File Title ESTRADA, David | |
| 7. ☐ Closed ☐ Requested Action Completed  ☐ Action Requested By: | | 8. Date Prepared 10/16/07 | |

9. Other Officers: TFO Sergeant Gilberto Calderon

10. Report Re: DEBRIEFING OF ▬▬▬▬▬ and ACQUISITION OF EXHIBIT N-1

## DETAILS

1. On October 09, 2007, TFO Michael Parker and TFO Sergeant Gilberto Calderon met with ▬▬▬▬▬. The CS informed TFO Parker that "Tiny," a member of the Latin King street gang, sells 4 ½ ounces of Crack Cocaine for $3000.00. The CS was shown a photograph of an individual in which the CS positively identified as David ESTRADA, AKA David MIRELES.

2. On October 09, 2007 at approximately 7:25 PM, the CS placed a recorded telephone call to "Tiny" (direct Connect #183-715-2318) utilizing TFO Parker's undercover cellular phone in order to verify if "Tiny" was capable of producing 4 ½ ounces of Crack Cocaine.

3. The CS told "Tiny" that TFO Parker wanted to talk to him in regards to purchasing Crack Cocaine. The CS then handed the TFO Parker the phone at which time "Tiny" related that he would sell TFO a 4 ½ ounces of Crack Cocaine for $3000.00. "Tiny" further related that when TFO is ready, let him know.

| 11. Distribution: Division  District  Other | 12. Signature (Agent)  TFO Michael Parker | 13. Date 11/6/07 |
|---|---|---|
| | 14. Approved (Name and Title)  Dave Vargas  Group Supervisor | 15. Date 11/6/07 |

DEA Form - 6
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.

U.S. Department of Justice
Drug Enforcement Administration

| REPORT OF INVESTIGATION (Continuation) | 1. File No. I1-08-0024 | 2. G-DEP Identifier XGC1L |
|---|---|---|
| | 3. File Title ESTRADA, David | |

| 4. Page 2 of 2 | | |
|---|---|---|
| 5. Program Code HID100 | 6. Date Prepared 10/16/07 | |

### CUSTODY OF NON-DRUG EVIDENCE

1. Exhibit N-1 - This is the original mini-cassette tape recording of the direct connect conversation between ▓▓▓▓▓▓▓ TFO Parker and David ESTRADA. TFO Parker maintained complete care, custody, and control of the exhibit until it was transferred to the Non-Drug Evidence Custodian for safekeeping as witnessed by TFO Kenny Mok.

### INDEXING

1. David ESTRADA, AKA David MIRELES Nickname "Tiny"-NADDIS-NEGATIVE Male, Hispanic, 12-25-1971, Ht. 6'3", Wt. 320lbs, brown eyes, black hair, SSN#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. Resides at 2055 N. Lawler, Chicago, IL

---

DEA Form  - 6a
(Jul. 1996)

**DEA SENSITIVE**
Drug Enforcement Administration

This report is the property of the Drug Enforcement Administration.
Neither it nor its contents may be disseminated outside the agency to which loaned.

Previous edition dated 8/94 may be used.