UNITED STATES DISTRICT COURTPRIVATE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.  07 CR 789 |
| | ) | |
| DAVID ESTRADA   , | ) | Judge John Grady |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

To:

AUSA Michael Ferrara                      Matthew J. Madden
United States Attorney's Office           28th Floor
219 S. Dearborn St.                       55 East Monroe
Chicago IL 60604                          Chicago IL 60603


PLEASE TAKE NOTICE THAT on Wednesday, March 5, 2008 at 9:30am, I shall appear before the Honorable John F. Grady in Courtroom 2201 of the United States Courthouse at 219 Dearborn Street, Chicago IL 60604 and then and there present DEFENDANT ESTRADA'S MOTION FOR REVOCATION OF MAGISTRATE JUDGE'S ORDER OF DETENTION,
a copy of which is attached hereto and hereby served upon you.

Date: March 3, 2008                       Respectfully submitted,

                                          DAVID P. ESTRADA

                                      By: s/ Timothy P. O'Connor
                                          One Of His Attorneys



Timothy P. O'Connor
Suite 2210
MEYER & O'CONNOR, LLC
20 South Clark Street
Chicago, IL  60603
312-346-9000