## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 789 - 1 | **DATE** | 3/5/2008 |
| **CASE TITLE** | USA vs. Estrada | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 04/09/08 at 9:30 a.m. Hearing on defendant Estrada's motion for revocation of Magistrate Judge's order of detention held. Said motion is denied. The defendant is ordered detained pending further order of court. The defendant's agreed motion to extend time to seek disclosure of, and discovery regarding informant is granted. Pretrial motions to be filed on or before 04/04/08. Time continues to be excluded pursuant to 18:3161(h)(1)(F) for the handling of defense motions until 4/9/08.   (X-E)

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | JD |
|---|---|---|