# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John F. Grady | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 789 - 1 | **DATE** | 4/9/2008 |
| **CASE TITLE** | USA vs. David Estrada | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to 5/14/08 at 9:30 a.m. Time continues to be excluded pursuant to 18:3161(h)(1)(F) for the handling of defense motions until 05/14/08.     (X-E)

Docketing to mail notices.

00:5

| | Courtroom Deputy Initials: | JD |
|---|---|---|