## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                                 Plaintiff,

v.                                                              Case No.: 1:07−cr−00789
                                                             Honorable John F. Grady

David P Estrada, et al.

                                 Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 28, 2008:

      MINUTE entry before the Honorable John F. Grady:as to David P Estrada, due to the schedule of this court, change of plea hearing set for 09/03/08 is stricken and reset to 09/10/2008 at 9:30 a.m. Time continues to be excluded until 9/10/2008 to permit plea negotiations, pursuant to 18 U.S.C. § 3161 (h)(1). Mailed notice (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.