# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:07−cr−00789
Honorable John F. Grady

David P Estrada, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 9, 2008:

MINUTE entry before the Honorable John F. Grady:as to David P Estrada, by agreement of the parties, change of plea hearing set for 9/10/08 is stricken and reset to 9/17/2008 at 9:30 a.m. Time continues to be excluded until 9/17/2008 to permit plea negotiations, pursuant to 18 U.S.C. § 3161(h)(1). Mailed/Telephoned notice (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.